United States District Court
Southern District of Texas

**ENTERED**

May 05, 2017

David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| JUDITH CUTRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:17-CV-69 |
| | § | |
| CHASE BANK USA, NA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

BE IT REMEMBERED that on this day came to be considered the Unopposed Motion to Extend Deadline for Defendant to File Answer and to File Joint Discovery Case Management Plan and Proposed Scheduling Order ("Motion"). The Court is of the opinion that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED Defendant CHASE BANK USA, NA's answer and/or motion is due on or before **June 7, 2017**.

IT IS FURTHER ORDERED, ADJUDGED and DECREED the Parties must file a Joint Discovery Case Management Plan and a Proposed Scheduling Order on or before **July 17, 2017**.

SIGNED this 5th day of May, 2017.

_____
Hilda Tagle
Senior United States District Judge